```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALFRED A. LEVITT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:01-cr-0541 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | VACATING AND RESETTING BRIEFING |
| ) | SCHEDULE AND HEARING DATE |
| ALFRED A. LEVITT, ) | |
| ) | |
| Defendant. ) | Date:  June 30, 2006 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between R. STEVEN LAPHAM, Assistant United States Attorney, Counsel for Plaintiff, and JEFFREY L. STANIELS, Assistant Federal Defender, counsel for ALFRED A. LEVITT, that the hearing for final determination of restitution owed by Mr. Levitt now scheduled for June 30, 2006, be vacated and recalendared on this court's criminal calendar on July 28, 2006.  Defendant's brief on the issues shall be filed not later than July 14, 2006, and the Government's brief shall be filed not later than July 21, 2006.

    It is anticipated that the issues may be suitable for decision by the court on the submitted papers.  If a hearing in court is required

1  it is anticipated that it will require not more than approximately 15
2  minutes of the court's time.
3       IT IS SO STIPULATED.

5  DATED: June 29, 2006            /s/ R.Steven Lapham
                                   R. STEVEN LAPHAM
6                                  Assistant United States Attorney
                                   Counsel for Plaintiff

8
   DATED: June 29, 2006            /s/ Jeffrey L. Staniels
9                                  JEFFREY L. STANIELS
                                   Assistant Federal Defender
10                                 Counsel for ALFRED A. LEVITT

**O R D E R**

14      IT IS SO ORDERED.
15 Dated: June 30, 2006

                                   /s/ Garland E. Burrell, Jr.
17                                 GARLAND E. BURRELL, JR.
                                   United States District Judge

Stipulation and Order
Resetting Dates                    -2-