DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALFRED A. LEVITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ALFRED A. LEVITT,<br><br>        Defendant. | No. 2:01-cr-0541 GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING RESTITUTION<br><br>Date:   July 28, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Attorney for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Attorney for Defendant ALFRED A. LEVITT, that the final order of restitution in the above case be modified to remove the proviso that Mr. Levitt pay $5220.77 to U.S. Bank.

This stipulation is based on information that the loan made by U.S. Bank which underlay the restitution issue has been fully repaid. The fact of repayment is documented by the information appended to this stipulation as Exhibits B, C, and D which was

////

received by Mr. Staniels from U.S. Bank by Federal Express as explained in his declaration which is appended to this stipulation as Exhibit A.

**IT IS SO STIPULATED.**

Dated: July 28, 2006                        /S/ Jason Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney


Dated: July 28, 2006                        /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS


**O R D E R**

**IT IS SO ORDERED.**

Dated: July 28, 2006

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge